88 F.3d 831
 UNITED STATES of America, Plaintiff-Appellant,
v.
Christopher Lee ARMSTRONG, aka: Chris Armstrong, Defendant,
and
Robert Rozelle; Aaron Hampton; Freddie Mack; Shelton
Auntwan Martin, Defendants-Appellees.
 Nos. 93-50031, 93-50057.
 United States Court of Appeals,
Ninth Circuit.
 July 11, 1996.
 
 On Remand from the United States Supreme Court.
 Prior report: --- U.S. ----, 116 S.Ct. 1480, 134 L.Ed.2d 687.
 Before BROWNING, WALLACE, SCHROEDER, FLETCHER, D.W. NELSON, CANBY, REINHARDT, LEAVY, RYMER, T.G. NELSON and KLEINFELD, Circuit Judges.
 
 ORDER
 
 1
 This case is remanded to the district court of proceedings consistent with the Supreme Court's opinion.